Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 16, 2022**

Name of Offender: **Robert Ricky Duran**

Case Number: **2:19CR00031**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **June 18, 2020**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **24 months prison, followed by 36 months TSR.**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

## CAUSE

On June 18, 2020, Your Honor sentenced Duran to 24 months imprisonment, followed by 36 months of supervised release for committing the offense of Felon in Possession of a Firearm. Duran remains in custody at Victorville FCI with a release date of March 1, 2022.

Duran's Bureau of Prisons case manager noted that Duran does not have suitable housing following his release from custody. As such, the undersigned officer respectfully requests that Duran's conditions be modified to include up to 120 days at the Residential Reentry Center (RRC). This modification would allow Duran the opportunity to secure identification documents, employment, and explore housing options. Duran does not oppose the modification of his conditions as noted in the attached Probation 49 form.

RE: Robert Ricky Duran

Prob12B
D/NV Form
Rev. June 2014

Please contact the undersigned officer with any questions or concerns at tawni_salem@nvp.uscourts.gov or 702-278-8528.

Respectfully submitted,

_Tawni Lea Salem_

Digitally signed by Tawni Lea Salem
Date: 2022.01.18 12:57:55 -08'00'

Tawni Salem
Senior United States Probation Officer

Approved:

_Joy Gabonia_

Digitally signed by Joy Gabonia
Date: 2022.01.18 07:28:24 -08'00'

Joy Gabonia
Supervisory United States Probation Officer

---

### THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_Richard F. Boulware_

RICHARD F. BOULWARE, II
United States District Judge

January   18,   2022
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

Witness _____  Signed _____
U.S. Probation Officer                    Probationer or Supervised Releasee

Digitally signed by Tawni Lea Salem
Date: 2022.01.16 19:12:27 -08'00'

Date  1-14-2022