RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Robert Duran

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT DURAN,<br><br>    Defendant. | Case No. 2:19-cr-00031-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Robert Duran, that the Revocation Hearing currently scheduled on September 19, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. AUSA Brian Whang will be out of the jurisdiction on the date this revocation is currently scheduled.

2. Defense counsel needs additional time to speak to Mr. Duran on this matter and investigate the allegations in the Petition.

3. Mr. Duran is out of custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT DURAN,<br><br>        Defendant. | Case No. 2:19-cr-00031-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, September 19, 2022 at 11:30 a.m., be vacated and continued to October 3, 2022 at the hour of 10 : 00 a.m.; or to a time and date convenient to the court.

DATED this 16th day of September, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE