RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Robert Duran

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT DURAN,<br><br>　　　　Defendant. | Case No. 2:19-cr-00031-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Robert Duran, that the Revocation Hearing currently scheduled on October 3, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has tested positive for COVID and requests to continue this hearing to allow her to recover from the virus.

　　　　2.　　Mr. Duran is not in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 30th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ROBERT DURAN,<br><br>   Defendant. | Case No. 2:19-cr-00031-RFB-NJK<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, October 3, 2022 at 10:00 a.m., be vacated and continued to  October 24, 2022  at the hour of   11 : 00   a .m.; or to a time and date convenient to the court.

  DATED this 30th day of September, 2022.

                       _____
                       RICHARD F. BOULWARE, II
                       United States District Judge